UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WARREN A. LEE,                     )
    Petitioner,                    )
        v.                         )    C.A. No. 10-40019-MLW
                                   )
J. GRONDOLSKY, Warden              )
    Respondent.                    )

ORDER

WOLF, D.J.                                          March 18, 2013

In a March 30, 2012 Memorandum and Order, the court allowed respondent J. Grondolsky's motion to dismiss Ground Two of petitioner Warren A. Lee's request for habeas corpus pursuant to 28 U.S.C. 2241, and granted Lee's request to voluntarily dismiss Grounds One, Five, Six, Seven and Eight. With regard to the two remaining Grounds, the court wrote:

> Defendant's Motion to Dismiss (Docket No. 7) is DENIED without prejudice with regard to Grounds Three and Four. By May 4, 2012, petitioner may file an amended petition clarifying and explaining more fully Grounds Three and Four. If he fails to do so, these grounds will also be dismissed. If the court receives an amended petition, it will determine whether or not a responsive pleading is required.

March 30, 2012 Memorandum and Order, ¶2

Lee has not filed an amended petition. Therefore, the remainder of this case is hereby DISMISSED.

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT

1