```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

WARREN A. LEE,                    )
     Petitioner,                  )
                                  )
          v.                      )    Civ. A. No. 10-40019-MLW
                                  )
J. GRONDOLSKY, Warden,            )
     Respondent.                  )
```

                                ORDER

WOLF, D.J.                                        December 16, 2013

    Pro se petitioner Warren A. Lee filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. The petition asserted eight grounds for relief. On March 30, 2012, at petitioner's request, the court dismissed grounds one, five, six, seven, and eight of the petition without prejudice. See Mar. 30, 2012 Mem. & Order 4. Ground two was dismissed for failure to state a claim. See id. at 5.

    Grounds three and four of the petition failed to meet the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. See id. at 3. However, the court granted petitioner an opportunity to clarify and amplify these grounds in an amended petition. The court stated that petitioner's remaining claims would be dismissed if he failed to file an amended petition by May 4, 2012. See id. at 4, 7.

    By March 18, 2013, petitioner had not filed an amended petition. The court, therefore, dismissed the remainder of this

case. See Docket No. 17; see also Mulero-Abreu v. Puerto Rico Police Dept., 675 F.3d 88, 89-91 (1st Cir. 2012); Damiani v. Rhode Island Hosp., 704 F.2d 12, 15-16 (1st Cir. 1983).

Petitioner has since submitted two motions: a Motion for Judgment (Docket No. 18), filed March 21, 2013, and a Motion for Addendum to 2241 Held in Abeyance (Docket No. 19), filed September 11, 2013. Because this case has been dismissed, the court cannot consider the merits of the motions. Even liberally construed, as a pro se litigant's submissions must be, petitioner's motions do not contain any arguments that could plausibly be construed as valid grounds for a Motion for Relief from a Judgment filed pursuant to Rule 60 of the Federal Rules of Civil Procedure.

In view of the foregoing, it is hereby ORDERED that:

1. Petitioner's Motion for Judgment (Docket No. 18) is DENIED.

2. Petitioner's Motion for Addendum to 2241 Held in Abeyance (Docket No. 19) is DENIED.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE